# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY TAYLOR,<br><br>             Plaintiff,<br><br>     v.<br><br>IRS,<br><br>             Defendant. | Case No.  1:22-cv-01246-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br>(ECF No. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FCI FORT DIX |

Plaintiff Tony Taylor ("Plaintiff"), a federal prisoner proceeding *pro se*, initiated this action against Defendant IRS on September 29, 2022. (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  Plaintiff has made the showing required by 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account.  FCI Fort Dix is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED;

2. **The Warden of FCI Fort Dix or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is DIRECTED to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Warden of FCI Fort Dix, at P.O. Box 2000, Joint Base MDL, NJ 08640, and via the Court's electronic case filing system (CM/ECF);

4. The Clerk of the Court is DIRECTED to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California; and

5. Within **sixty (60) days** of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if Plaintiff has not already done so.

6. Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

Dated: **September 30, 2022**

UNITED STATES MAGISTRATE JUDGE